IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN STOBBE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SYNCHRONY BANK, UMB BANK, N.A., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION, LLC,<br><br>　　　　　Defendants. | **8:24CV298**<br><br><br>**ORDER** |

　　　The court has been advised that Plaintiff and Defendant UMB Bank, N.A. in the above-captioned matter have settled their claims.

　　　Accordingly,

　　　IT IS ORDERED that:

1)　　On or before November 11, 2024, Plaintiff and UMB Bank, N.A. shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court.

2)　　Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3) The deadline for UMB Bank, N.A. to file a responsive pleading is stayed.

Dated this 23rd day of September, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge