IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN STOBBE,<br><br>Plaintiff,<br><br>vs.<br><br>SYNCHRONY BANK, and UMB BANK, N.A.,<br><br>Defendants. | 8:24CV298<br><br>ORDER |

The court has been advised that the Plaintiff and Defendant Synchrony Bank, parties in the above-captioned matter, have settled their claims. Filing No. 28.

Accordingly,

IT IS ORDERED:

1) On or before **March 4, 2025**, the participating parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case; and

2) Absent compliance with this order, the claims (including all counterclaims and the like) may be dismissed without further notice;

Dated this 6th day of January, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge