IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN STOBBE,<br><br>    Plaintiff,<br><br>vs.<br><br>SYNCHRONY BANK,<br><br>    Defendant. | 8:24CV298<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

  This case is before the Court on Plaintiff's Notice of Dismissal as to Defendant Synchrony Bank. Filing 32. Plaintiff notifies the Court that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Defendant Synchrony Bank may be dismissed with prejudice, with the parties to bear their own fees and costs. Filing 32. Plaintiff further notifies the Court that all parties have now been dismissed and that this matter may be dismissed in its entirety. Filing 32. Accordingly,

  IT IS ORDERED that Defendant Synchrony Bank is dismissed with prejudice, with the parties to bear their own fees and costs.

  IT IS FURTHER ORDERED that this matter is dismissed in its entirety.

  Dated this 11th day of March, 2025.

                BY THE COURT:

                _____
                Brian C. Buescher
                United States District Judge